HART

AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1


3

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| --- | --- |
| v. | (For a Petty Offense) — Short Form |
| WEBER, PHILIP H | |
| 239 CHESTNUT ST 3RD FL | Case No.   PE54   P0599594 |
| | USM No.   14-M-196—file |
| PHILADELPHIA, PA 19106 | PRO SE |
| | Defendant's Attorney |

**FILED MAR 04 2014 MICHAEL E. KUNZ, Clerk By MHC Dep. Clerk**

**THE DEFENDANT:** WEBER, PHILIP H

☐ **THE DEFENDANT** pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 36 CFR 2.15(a)(2) | FAILURE TO LEASH | 02/27/2014 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine | Processing Fee |
| --- | --- | --- | --- |
| **Total:** $75.00 | $ 0.00 | $ 50.00 | $ 25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1961

City and State of Defendant's Residence:
PHILADELPHIA, PA

FEBRUARY 27, 2014
Date of Imposition of Judgment

/s/ Signature of Judge

JACOB P. HART, USMJ
Name and Title of Judge

MARCH 4, 2014
Date



AO 245H   (Rev. 12/07) Judgment in a Criminal Case Personal Identification Attachment

DEFENDANT:      WEBER, PHILIP H

CASE NUMBER:  PE54         P0599594

DISTRICT:       EASTERN DISTRICT OF PENNSYLVANIA

## Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b).  A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:     01/27/1961

Defendant's Residential Address :   239 CHESTNUT ST 3RD FL

PHILADELPHIA, PA 19106

Defendant's Mailing Address :
*(if different)*